IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 00-20334 JF |
| Plaintiff, | **ORDER RETURNING PASSPORT** |
| v. | |
| MARK ALAN DAVIS, | |
| Defendant. | |

Defendant, Mark Alan Davis, having been sentenced on August 21, 2001, and his term of incarceration completed as of January 7, 2003,

IT IS HEREBY ORDERED that defendant's United States of America passport be returned to him.

**IT IS SO ORDERED.**

Dated: April 21, 2008

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE